UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00077-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **TONY LAMONT CALDWELL,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on a pro se letter from defendant stating that a detainer has been filed against him based on a warrant issued upon a SRV petition, that his state time has run, and that he remains in state custody due to this court's detainer. While the court has reviewed defendant's status on the publicly available website of the Mecklenburg County Sheriff (http://mcsowebsvr.co.mecklenburg.nc.us/inmatesearch/inmate_charges.asp viewed 7/7/2014), it is not clear to the court when defendant's state time ran as the disposition codes used make no reference to time imposed. However, to assure speedy resolution of the pending SRV matter, the court will instruct the Clerk of this Court to send a copy of this Order to defendant's Pretrial Services Officer Jason M. Kemp.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extend defendant seeks relief in his letter (#73), such relief is denied. However, to assure speedy resolution of the pending SRV matter, the Clerk of this Court is instructed to send a copy of this Order to Pretrial Services Officer Jason M. Kemp to review the status of the detainer based on his Petition.

Signed: July 7, 2014

Max O. Cogburn Jr.
United States District Judge