UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00077-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TONY LAMONT CALDWELL,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the report of Pretrial Services concerning defendant's letter to the court, in which defendant states he is being unduly detained in state custody due to the detainer in this case. Pretrial Services has promptly reported to the court that because defendant's state charges are still pending, he remains in state custody and has, therefore, not yet been turned over on the detainer. Thus, the court determines that defendant is not being improperly held based on a federal detainer, and again denies the relief sought in defendant's letter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that upon a determination that defendant is awaiting disposition of state charges and is not being improperly held based on a federal detainer, the court reaffirms its earlier denial of relief based on defendant's letter.

Signed: July 8, 2014

Max O. Cogburn Jr.
United States District Judge