UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00077-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **TONY LAMONT CALDWELL,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion to Correct Judgment. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Correct Judgment (#85) is **GRANTED**, and the Clerk of Court is instructed to prepare and submit an Amended SRV Judgment correcting the clerical error, consistent with the defendant's motion.

Signed: December 22, 2014

Max O. Cogburn Jr.
United States District Judge